# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-674-298**

**Effective Date of Registration:**
January 23, 2019

## Title

|  |  |
|---|---|
| **Title of Work:** | Delaware Business Times |
| | **Volume:** 5 |
| | **Number:** 22 |
| | **Date on Copies:** 10/30/2018 |
| | **Frequency of Publication:** 26 times per year |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 26, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Martinelli Holdings dba Today Media |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Martinelli Holdings LLC dba Today Media |
| | 3301 Lancaster Pike, Suite 5C, Wilmington, DE, 19805, United States |
| **Transfer statement:** | By written agreement(s) with individual contributors not named on the application/certificate |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | All third party advertisements; all photographs by Eric Crossan and the Delaware State Chamber, photographs contained on pages 31, 36, 37, 40 and 41; illustrations contained on pages 5, 8 and 32; text on page 41 |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, All content contained in the HR Awards section in pages 17 through 29 |

## Rights and Permissions

Organization Name: Martinelli Holdings LLC dba Today Media
Address: 3301 Lancaster Pike
Suite 5C
Wilmington, DE 19805 United States

## Certification

Name: Donna M.D. Thomas
Date: January 23, 2019
Applicant's Tracking Number: 21815.0001

Registration #:  TX0008674298
Service Request #:  1-7351985931

Astrachan Gunst Thomas, P.C.
Donna M.D. Thomas
217 E. Redwood St.
21st Fl.
Baltimore, MD 21202 United States



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-701-150**

**Effective Date of Registration:**
February 05, 2019

## Title

**Title of Work:** Delaware Today 2019 Faces of Delaware

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** December 24, 2018
**Nation of 1st Publication:** United States

## Author

**Author:** Martinelli Holdings LLC dba Today Media
**Author Created:** text
**Work made for hire:** Yes
**Domiciled in:** United States

**Author:** Luigi Ciuffetelli
**Author Created:** photograph(s)
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Martinelli Holdings LLC dba Today Media
3301 Lancaster Pike, Suite 5C, Wilmington, DE, 19805
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Martinelli Holdings LLC dba Today Media
**Address:** 3301 Lancaster Pike
Suite 5C
Wilmington, DE 19805 United States

## Certification

|  |  |
|---|---|
| **Name:** | Donna M.D. Thomas |
| **Date:** | February 05, 2019 |
| **Applicant's Tracking Number:** | 21815.001 |

**Copyright Office notes:**  Basis for Registration: Collective work.

# EXHIBIT C

**From:** Kelly Nolan at That's Great News <Kelly@mail.thatsgreatnews.com>
**Sent:** Thursday, November 8, 2018 12:17 PM
**To:** Danforth, Elizabeth A. <Danforth@rlf.com>
**Subject:** Were you able to see your plaque preview of your press in Delaware Business Times

Elizabeth,

Hope you were able to view the proof of the plaque below. I just made it easier for you to order by loading all your shipping info into the link below.

Or, I can send you the plaque for a free 30 day period - just email me back to confirm.

Let me know your color preference; Lucinda option (clear or black), metal or mahogany & gold. Are you okay with the layout?

Elizabeth, if you have any questions or need any assistance placing an order I'm happy to help.

Publication: Delaware Business Times
Date: 10/30/2018
Subject: HR AWARDS. HONORING THOSE RESPONSIBLE FOR THE GREATEST RESOURCE OF ALL. ELEZABETH A. DANFORD, SHRM-CP

Click Here to view your plaque.

The plaque price starts at $219 plus I can give you FREE SHIPPING if you use code BC10.

Celebrating your great news,

Kelly Nolan

That's Great News

1-888-862-5029


That's Great News is not affiliated with Delaware Business Times.

All orders shipped to Canada must be paid with credit card. Currency must be in US dollars.

1

That's Great News, 900 Northrup Rd PO Box 5021 - Wallingford, CT 06492. Call Us: 888-715-4900 © That's Great News - All Rights Reserved. We'll contact you when we see you featured in a press article. If you don't want an alert when you're featured in the press or our offers please unsubscribe to avoid us contacting you again. (ID 6782542)

2

# EXHIBIT D



Shipping Info    Contact Us    |    Log In    Register    My Account    My Cart  (0)

Questions? Chat with us live

Call Us 888-715-4900

Search for your plaque

Home        Order Now        Free Preview        Samples        Company        Inc 500        Inc 5000        Make Payment



Wood

Approx. Size    11.5 x 24    Alternative color choices available

Click to enlarge

*That's Your Great News on a Plaque*

Personalization plate - you can change this during the order process.

Elizabeth Danforth
Richards, Layton & Finger, PA
October 2018

Prices from  **$219**  **For Lucinda Premium**

**SCROLL DOWN FOR ALL METAL, WOOD & LUCINDA OPTIONS**

No risk, 30 days, no questions asked, **money-back guarantee.**

**Buy Wood $239**

You'll receive your plaque in about 10 days.

Need help choosing the right plaque style? Watch our 2 minute video explaining the feature and options for each plaque style.

## Testimonials

*We have ordered two plaques from That's Great News - definitely worth our investment and a great value. One of our best and most cost-effective marketing tools!*

**Clay County Regional Events Center**

| **Lucinda Basic** | **Lucinda Premium**<br>(Clear & Black) | **Wood**<br>(Mahogany, Black, Oak, Walnut, White) | **Metal**<br>(Black, Silver, White & Brushed Aluminum) |
|---|---|---|---|
|  |  |  |  |
| Get Started $189 | Get Started $219 | Get Started $239 | Get Started $259 |

| **Material** | Acrylic | Acrylic | Wood | Aluminium |
|---|---|---|---|---|
| **Thickness** | 1/8" | 1/4" (2X as thick) | 3/4" | 1.25 mm |

| | | | | |
|---|---|---|---|---|
| **Guarantee** | 1 Year | Life-time | Life-time | Life-time |
| **Color** | Clear | Clear, Black | Mahogany, Black, Oak, Walnut, White | Brushed Silver, White Gloss & Silver Aluminium Gloss |
| **Finish** | Scratch Resistant | Scratch Resistant | High Gloss | High gloss & Brushed Silver |
| **Mounting Info** | Satin Stainless Steel Stand off | Satin Stainless Steel Stand-off | Keyhole Slot | 1/2" Wall Float with keyhole slot on back of plaque |
| **Flame Edge** | ✗ | ✔ | ✗ | ✗ |
| **Optional personalized plate** | ✗ | ✔ | ✔ | ✔ |
| | Get Started $189 | Get Started $219 | Get Started $239 | Get Started $259 |

## Not sure on the right style option?

Watch Lanny as he shows you the options and how to pick the right style



| | | | |
|---|---|---|---|
| Home | Order Now | Blog | |
| Customer Reviews | Free Preview | Shipping/Return Info | f  y |
| Company Info | Samples/Colors | Privacy Statement | |

📍 900 Northrop Road PO Box 5021 Wallingford, CT 06492

📞 **Call Us:** 888-715-4900

📠 **Fax:** 203-649-4910



© That's Great News - All Rights Reserved





Lucinda Premium



HD Metal



Black Lucinda Premium



Wood

# EXHIBIT E

**From:** Tracey Brunetti (tbrunetti@thatsgreatnews.com) [mailto:system@sent-via.netsuite.com]
**Sent:** Thursday, January 10, 2019 9:43 AM
**To:** Office <office@exceldigital.com>
**Subject:** Voicemail & Follow up

Dear Frank,

My name is Tracey and I've been assigned to handle your article in Delaware Today. I left you a voicemail, but wanted to follow up via email to be sure you have reviewed the proof we sent earlier. In the event you missed it, I've included the link to your personalized plaque here.

If you have a second, please do me a favor and hit reply so I know you've seen it, and feel free to let me know if you require any changes. Or, as always, you can call me directly at the number below. We can even arrange a risk-free 30 day inspection period of the plaque.

To ensure quality control when ordering online, please be sure to select my name, Tracey from the drop- down list, so I can review prior to production.

Tracey Brunetti Account Manager That's Great News, LLC 8875 Hidden River Parkway Ste 170 Tampa, FL 33637 1-888-302-7698 DIRECT LINE Tbrunetti@thatsgreatnews.com

1

# EXHIBIT F

 **That's GreatNews**

Questions? Chat with us live

Call Us 888-715-4900

Shipping Info   Contact Us  |  Log In   Register   My Account   My Cart  (0)

Search for your plaque

Home      Order Now      Free Preview      Samples      Company      Inc 500      Inc 5000      Make Payment



Wood

Click to enlarge

## *That's Your Great News on a Plaque*

Personalization plate - you can change this during the order process.

Frank Montisano
Excel Business Systems
January 2019

Prices from **$199** **For Lucinda Premium**

**SCROLL DOWN FOR ALL METAL, WOOD & LUCINDA OPTIONS**

No risk, 30 days, no questions asked, **money-back guarantee.**

**Buy Wood $219**

You'll receive your plaque in about 10 days.

Need help choosing the right plaque style? <u>Watch our 2 minute video</u> explaining the feature and options for each plaque style.

## Testimonials

*You are always on top of news articles and are the first to let us know when we've been featured in something that would translate well for a plaque.*

**Baldwin Krystyn Sherman Partners**

**Lucinda Basic**

**Lucinda Premium**
(Clear & Black)

**Wood**
(Mahogany, Black, Oak, Walnut, White)

**Metal**
(Black, Silver, White & Brushed Aluminum)

   

| | Get Started $169 | Get Started $199 | Get Started $219 | Get Started $239 |
|---|---|---|---|---|
| **Material** | Acrylic | Acrylic | Wood | Aluminium |
| **Thickness** | 1/8" | 1/4" (2X as thick) | 3/4" | 1.25 mm |

| | | | | |
|---|---|---|---|---|
| **Guarantee** | 1 Year | Life-time | Life-time | Life-time |
| **Color** | Clear | Clear, Black | Mahogany, Black, Oak, Walnut, White | Brushed Silver, White Gloss & Silver Aluminium Gloss |
| **Finish** | Scratch Resistant | Scratch Resistant | High Gloss | High gloss & Brushed Silver |
| **Mounting Info** | Satin Stainless Steel Stand off | Satin Stainless Steel Stand-off | Keyhole Slot | 1/2" Wall Float with keyhole slot on back of plaque |
| **Flame Edge** | ✕ | ✔ | ✕ | ✕ |
| **Optional personalized plate** | ✕ | ✔ | ✔ | ✔ |
| | Get Started $169 | Get Started $199 | Get Started $219 | Get Started $239 |

## Not sure on the right style option?

Watch Lanny as he shows you the options and how to pick the right style



| | | | | |
|---|---|---|---|---|
| Home | Order Now | Blog | | 📍 900 Northrop Road PO Box 5021 Wallingford, CT 06492 |
| Customer Reviews | Free Preview | Shipping/Return Info | f  🐦 | 📞 **Call Us:** 888-715-4900 |
| Company Info | Samples/Colors | Privacy Statement | | 📠 **Fax:** 203-649-4910 |



© That's Great News - All Rights Reserved





Lucinda Premium



HD Metal



Black Lucinda Premium

Wood

# EXHIBIT G



**HD METAL**



**MAHOGANY**

**LUCINDA PREMIUM**



**BLACK
LUCINDA PREMIUM**

| Approx. Size | *14 X 20 | Alternative color choices available |

# EXHIBIT H



## Wood



Lucinda Premium



HD Metal



Black Lucinda Premium

| Approx. Size | *14 x 18 | Alternative color choices available |
|---|---|---|

# EXHIBIT I



## Wood



Lucinda Premium



HD Metal



Black Lucinda Premium

| Approx. Size | *14 x 20 | Alternative color choices available |