**IN THE UNITED STATES
DISTRICT COURT FOR
THE DISTRICT OF
DELAWARE**

| | | |
|---|---|---|
| MARTINELLI HOLDINGS LLC<br>d/b/a TODAY MEDIA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:19-cv-00467-MN |
| | ) | |
| THAT'S GREAT NEWS, LLC and<br>ROBERT R. ROSCOE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Martinelli Holdings LLC d/b/a Today Media ("Plaintiff") and Defendants That's

Great News, LLC and Robert R. Roscoe ("Defendants"), by counsel, hereby stipulate pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action shall be dismissed with prejudice.

Respectfully submitted,

October 1, 2020

  */s/ Richard L. Abbott*
Richard L. Abbott, Delaware Bar ID # 2712
Abbott Law Firm
724 Yorklyn Road, Suite 240
Hockessin, Delaware 19707
Telephone:  302.489.2529
Facsimile:  302.489.2535
rich@richabbottlawfirm.com

James B. Astrachan
H. Mark Stichel
Astrachan Gunst Thomas, P.C.
217 East Redwood Street, Suite 2100
Baltimore, Maryland 21202
Telephone:  410.783.3550
Facsimile: 410.783.3530
jastrachan@agtlawyers.com

*Attorneys for Plaintiff*

October 1, 2020                            ___/s/ *Michael C. Heyden, Jr.*_____
                                          Michael C. Heyden, Jr., Delaware Bar ID # 5616
                                          Gordon Rees Scully Mansukhani
                                          1202 North King Street, Suite B
                                          Wilmington, DE 19801
                                          (302) 992-8954
                                          mheyden@grsm.com

                                          *Attorneys for Defendants*

**IT IS SO ORDERED**:



_____
The Honorable Maryellen Noreika
United States District Judge

Dated:_____, 2020

2